NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LINDA WIDJAJA, a.k.a. Linda Widjaja McFarland,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 06-75566<br><br>Agency No. A077-820-134<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Linda Widjaja, a native and citizen of Indonesia, petitions for review of the

Board of Immigration Appeals' ("BIA") order concluding that her appeal had been

withdrawn as a result of her departure from the United States.  We have

jurisdiction under 8 U.S.C. § 1252.  We grant the petition for review and remand.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We remand for the BIA to reconsider whether Widjaja's appeal was withdrawn in light of our intervening decision in *Coyt v. Holder*, 593 F.3d 902 (9th Cir. 2010) (citing *Madrigal v. Holder*, 572 F.3d 239 (6th Cir. 2009)).

**PETITION FOR REVIEW GRANTED; REMANDED.**